IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CV-122-D

| | |
|---|---|
| MORRIS M. HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ARMY REVIEW BOARD AGENCY, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

The court has reviewed the record. Plaintiff's motion to consolidate [D.E. 10] is DENIED. Defendants' motion to disallow discovery [D.E. 14] is GRANTED. Plaintiff's motion to compel [D.E. 15] is DENIED. Finally, defendants' motion to dismiss for lack of subject-matter jurisdiction [D.E. 4] is GRANTED. As properly explained in defendants' memorandum, plaintiff has failed to comply with the Federal Tort Claims Act. See, e.g., United States v. Kubrick, 444 U.S. 111, 119 n.6 (1979); Kokotis v. U.S. Postal Serv., 223 F.3d 275, 278 (4th Cir. 2000); Ahmed v. United States, 30 F.3d 514, 517 (4th Cir. 1994); Plyler v. United States, 900 F.2d 41, 42 (4th Cir. 1990); Henderson v. United States, 785 F.2d 121, 123 (4th Cir. 1986); 28 U.S.C. § 2675(a).

Plaintiff's complaint is DISMISSED. If plaintiff wishes to challenge his separation from the Army under the Administrative Procedure Act, plaintiff has until November 9, 2015, to file a single, coherent amended complaint. If plaintiff files an amended complaint, defendants may respond in accordance with the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 15(a)(3).

SO ORDERED. This _6_ day of October 2015.

JAMES C. DEVER III
Chief United States District Judge