UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| MORRIS M. HARRIS, ) | |
|       Plaintiff, ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 4:15-CV-122-D** |
| V. ) | |
| ) | |
| ARMY REVIEW BOARD AGENCY, ) | |
| SECRETARY OF THE ARMY, COL. ) | |
| JAMES S. ARANYI, CSM MARLO ) | |
| CROSS, 1SG JAMES MILLIGAN, and ) | |
| UNITED STATES OF AMERICA, ) | |
|       Defendants. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that the court GRANTS defendant's motion to dismiss for lack of subject-matter jurisdiction [D.E. 27], DISMISSES without prejudice plaintiffs amended complaint [D.E. 22], and DENIES as futile plaintiffs motion to amend [D.E. 34]. The clerk shall close the case.

**This Judgment Filed and Entered on August 31, 2016, and Copies To:**

| | |
|---|---|
| Morris M. Harris | (Sent to 228 Glenda Drive #D Beaufort, NC 28516 via US Mail) |
| Matthew Lee Fesak | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE: | JULIE RICHARDS JOHNSTON, CLERK |
| August 31, 2016 | (By) /s/ Nicole Briggeman |
| | Deputy Clerk |